B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                          Case No.    09-20170 (JNF)
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| OCE IMAGISTICS INC. P.O. BOX 856193 LOUISVILLE, KY 40285-6193 | - | | | | X | | 76.48 |
| Account No. | | | | | | | |
| OFFICE DEPOT DEPT. 56-6183543622 P.O. BOX 689020 DES MOINES, IA 50368-9020 | - | | | | X | | 101.31 |
| Account No. | | | | | | | |
| OFFICE DEPOT CREDIT PLAN DEPT. 56-4205666273 P.O. BOX 689020 DES MOINES, IA 50368-9020 | - | | | | X | | 376.49 |
| Account No. | | | | | | | |
| OFFICEMAX CONTRACT INC. 75 REMITTANCE DRIVE #2698 CHICAGO, IL 60675-2698 | - | | | | X | | 253.23 |
| Account No. | | | | | | | |
| ORKIN PEST CONTROL 100 ROESSLER ROAD WOBURN, MA 01801 | - | | | | X | | 150.00 |

Sheet no. __50__ of __78__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 957.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   GPX International Tire Corporation                                    Case No.   09-20170 (JNF)
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| OTR WHEEL ENGINEERING INC 2518 PAYSPHERE CIRCLE CHICAGO, IL 60674 | - | | | | | X | | 28,283.73 |
| Account No. | | | | | | | | |
| OTR WHEEL ENGINEERING INC PO BOX 5811 ROME, GA 30162-5811 | - | | | | | X | | 20,889.00 |
| Account No. | | | | | | | | |
| OXFORD MANUFACTURING COMPANY PO BOX 1087 SELMA, AL 36702-1087 | - | | | | | X | | 13,428.00 |
| Account No. | | | | | | | | |
| P A T PRODUCTS INC 44 CENTRAL STREET BANGOR, ME 04401 | - | | | | | X | | 2,302.50 |
| Account No. | | | | | | | | |
| PACIFIC CARGO INC./DBA CAL CAR P.O. BOX 55876 HAYWARD, CA 94545 | - | | | | | X | | 391.85 |

Sheet no. __51__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,295.08

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.   09-20170 (JNF)
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| PAPE MATERIAL HANDLING EXCHANG PO BOX 5077 PORTLAND, OR 97208-5077 | - | | | | | | X | | 4,000.00 |
| Account No. | | | | | | | | | |
| PARAMOUNT UNIFORM RENTAL 5421 CRESTVIEW MEMPHIS, TN 38134 | - | | | | | | X | | 393.96 |
| Account No. | | | | | | | | | |
| PATRIOT METALS 193 PRESUMPSCOT STREET PORTLAND, ME 04103 | - | | | | | | X | | 372.30 |
| Account No. | | | | | | | | | |
| PATRIOT MUTUAL INSURANCE CO ONE COLE HAAN DRIVE STE 3 P.O.OX 1776 YARMOUTH, ME 04096 | - | | | | | | X | | 241.89 |
| Account No. | | | | | | | | | |
| PEGGY BOUTHIET GPX INTERNATIONAL TIRE 9 LAURENCE RD GORHAM, ME 04038 | - | | | | | | X | | 416.51 |

Sheet no.   52   of   78   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,424.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| PENSKE TRUCK LEASING CO LP PO BOX 802577 CHICAGO, IL 60680-2577 | - | | | | | X | | 5,088.34 |
| **Account No.** | | | | | | | | |
| PERFORMANCE FORKLIFT SERV LLC 9002 C.R. 887 MANVEL, TX 77578 | - | | | | | X | | 354.48 |
| **Account No.** | | | | | | | | |
| PETE'S TIRE BARNS  INC. 275 EAST MAIN ST. ORANGE, MA 01364 | - | | | | | X | | 1,352.00 |
| **Account No.** | | | | | | | | |
| Peter Koszo 155 Delta Park Boulevard Brampton ON L6T 5M8 CANADA | - | | | | | X | | 202,037.00 |
| **Account No.** | | | | | | | | |
| PINE TREE WASTE 36 PO BOX 780 SCARBOROUGH, ME 04070-0780 | - | | | | | X | | 4,009.01 |

Sheet no.   53   of   78   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

212,840.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   GPX International Tire Corporation         Case No. ___09-20170 (JNF)___
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| PITNEY BOWES GLOBAL FINANCIAL P.O. BOX 856460 LOUISVILLE, KY 40285 | - | | | | | X | | 441.73 |
| Account No. | | | | | | | | |
| PLAN-IT RECYCLING & TRANSFER I 18 GORHAM INDUSTRIAL PARKWAY GORHAM, ME 04038 | - | | | | | X | | 12.90 |
| Account No. | | | | | | | | |
| POLAR SERVICE CENTER 7600 EAST SAM HOUSTON PARKWAY HOUSTON, TX 77049 | - | | | | | X | | 229.00 |
| Account No. | | | | | | | | |
| PORTLAND PRESS HERALD ATTN: CIRCULATION BILLING PO BOX 11350 PORTLAND, ME 04104-7350 | - | | | | | X | | 36.00 |
| Account No. | | | | | | | | |
| Portland Water District P.O. Box 6800 Lewiston, ME 04243-6800 | - | | | | | X | | Unknown |

Sheet no. __54__ of __78__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
719.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PRATT-ABBOTT CORP PO BOX 1120 PORTLAND, ME 04104 | - | | | | | X | | 905.38 |
| Account No. | | | | | | | | |
| PRC INDUSTRIAL SUPPLY INC PO BOX 227 PORTLAND, ME 04112-0227 | - | | | | | X | | 43.75 |
| Account No. | | | | | | | | |
| PRECISION PRODUCTS (2006) LTD 1 AIRPARK PLACE UNIT 10 GUELPH ONTARIO CANADA N1H 6H8 | - | | | | | X | | 30,911.94 |
| Account No. | | | | | | | | |
| PROFESSIONAL FREIGHT SALES C/O FARMERS STATE BANK PO BOX 246 BUSINESS MANG DEPT MARION, IA 52302 | - | | | | | X | | 9,000.00 |
| Account No. | | | | | | | | |
| PROFORMA PO BOX 640814 CINCINNATI, OH 45264-0814 | - | | | | | X | | 461.30 |

Sheet no. __55__ of __78__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                41,322.37

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation _____,    Case No.   09-20170 (JNF)
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| PROTECTION ONE P.O. BOX 5714 CAROL STREAM, IL 60197-5714 | | - | | | | | X | | 595.28 |
| Account No. | | | | | | | | | |
| PURCHASE POWER P.O. BOX 856042 LOUISVILLE, KY 40285-6042 | | - | | | | | X | | 200.00 |
| Account No. | | | | | | | | | |
| QINGDAO SEAGIFT INTERNATIONAL 2 NEW YORK ROAD- FREE TRADE ZONE(SAILUN-MESNAC) QINGDAO CHINA 266555 | | - | | | | | X | | 35,403.25 |
| Account No. | | | | | | | | | |
| Red Lion Municipal Authority P.O. Box 190 Red Lion, PA 17356-0190 | | - | | | | | X | | Unknown |
| Account No. | | | | | | | | | |
| Reliant Energy P.O. Box 650475 Dallas, TX 77253-3765 | | - | | | | | X | | Unknown |

Sheet no.  56  of  78  sheets attached to Schedule of                     Subtotal                    36,198.53
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                        Case No.    09-20170 (JNF)
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| REMA OF TEXAS PO BOX 19678 HOUSTON, TX 77224-9678 | - | | | | | X | | 99.80 |
| Account No. | | | | | | | | |
| REPUBLIC SERVICES #853 P.O. BOX 78829 PHOENIX, AZ 85062-8829 | - | | | | | X | | 143.88 |
| Account No. | | | | | | | | |
| RICK'S HARDWARE 800 SOUTH MAIN STREET RED LION, PA 17356 | - | | | | | X | | 298.42 |
| Account No. | | | | | | | | |
| Robert Sherkin 155 Delta Park Boulevard Brampton ON L6T 5M8 CANADA | - | | | | | X | | 304,438.00 |
| Account No. | | | | | | | | |
| ROBERTS OXYGEN COMPANY  INC. 15830 REDLAND ROAD ROCKVILLE, MD 20855 | - | | | | | X | | 891.64 |

Sheet no. __57__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        305,871.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| ROCHE BROS BARREL & DRUM CO 161 PHOENIX AVENUE LOWELL, MA 01852 | | - | | | | X | | 289.00 |
| Account No. | | | | | | | | |
| ROMAR TRANSPORTATION P.O. BOX 388066 CHICAGO, IL 60638 | | - | | | | X | | 4,870.80 |
| Account No. | | | | | | | | |
| RON GOODWIN 29 CHESTNUT STREET WESTBROOK, ME 04092 | | - | | | | X | | 96.00 |
| Account No. | | | | | | | | |
| RONDY & COMPANY INC 255 WOOSTER ROAD NORTH BARBERTON, OH 44203-2560 | | - | | | | X | | 17,224.38 |
| Account No. | | | | | | | | |
| ROYAL BATTERY CO. 705 EASTERN AVE. RR MALDEN, MA 02148 | | - | | | | X | | 79.69 |

Sheet no. __58__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,559.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   GPX International Tire Corporation                              Case No.   09-20170 (JNF)
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>S & S PALLET COMPANY<br>P.O. BOX 442<br>GRAY, ME 04049 | | - | | | | X | | 3,420.00 |
| Account No.<br><br>SAIA MOTOR FREIGHT LINE INC<br>PO BOX 730532<br>DALLAS, TX 75373-0532 | | | | | | X | | Unknown |
| Account No.<br><br>SAN JACINTO STAPLE & SUPPLY CO<br>4540 S. PINEMONT<br>SUITE 120<br>HOUSTON, TX 77041 | | - | | | | X | | 34.42 |
| Account No.<br><br>SCHAEDLER YESCO DISTRIBUTION<br>P.O. BOX 4990<br>HARRISBURG, PA 17105 | | - | | | | X | | 294.83 |
| Account No.<br><br>SEMBERA SECURITY SYSTEMS INC<br>17774 CYPRESS ROSEHILL<br>SUITE 500<br>CYPRESS, TX 77429-5407 | | - | | | | X | | 90.77 |

Sheet no. __59__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,840.02

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>SEWER & WATER UTILITY<br>P.O. BOX 830269<br>BIRMINGHAM, AL 35283-0269 | | - | | | | X | | 24.11 |
| Account No.<br><br>SHANDONG HUITONG TYRE CO. LTD<br>76 LUZHONG EAST STREETLAIWU<br>SHANDONG CHINA 271100 | | | | | | X | | 7,381.88 |
| Account No.<br><br>SHELL<br>PO BOX 689010<br>DES MOINES, IA 50368-9010 | | - | | | | X | | 852.15 |
| Account No.<br><br>SHELL FLEET<br>P.O. BOX 183019<br>COLUMBUS, OH 43218-3019 | | - | | | | X | | 230.02 |
| Account No.<br><br>Shipley Energy<br>P.O. Box 5006<br>York, PA 17405-5006 | | - | | | | X | | Unknown |

Sheet no.  60  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,488.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

11/13/09 2:56PM

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. SHORR PACKAGING CORP PO BOX 6800 AURORA, IL 60598-0800 | | - | | | X | | 936.99 |
| Account No. SLATER'S AUTO WORKS 5786 FM 1960 E. HUMBLE, TX 77346 | | - | | | X | | 92.57 |
| Account No. SMUCKER LASER CUTTING & METAL FABRICATION 543 STRASBURG PIKE LANCASTER, PA 17602 | | - | | | X | | 28,834.40 |
| Account No. SNAVELY & DOSCH INC. P.O. BOX 1536 LANCASTER, PA 17608-1536 | | - | | | X | | 265.58 |
| Account No. SOLO HORTON BRUSHES INC PO BOX 478 WINSTED, CT 06098 | | - | | | X | | 317.97 |

Sheet no. 61 of 78 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   30,447.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SOUTHERN MAIN COMM COLLEGE ID#700002399 2 FORT ROAD SO PORTLAND ME, - 04106 | | - | | | | X | | 350.00 |
| Account No. | | | | | | | | |
| SOUTHWORTH-MILTON INC P.O. BOX 3851 BOSTON, MA 02241-3851 | | - | | | | X | | 1,505.95 |
| Account No. | | | | | | | | |
| SPARKLE AND SHINE INC REYNOLD ROY/HAROLD CLINCH 99 SAWYER ROAD SCARBOROUGH, ME 04074 | | - | | | | X | | 310.00 |
| Account No. | | | | | | | | |
| SPEEDWAY SUPERAMERICA LLC PO BOX 740587 CINCINNATI, OH 45274-0587 | | - | | | | X | | 2,720.91 |
| Account No. | | | | | | | | |
| SPORTSMANS HARDWARE 30 CENTRAL ST WESTBROOK, ME 04092 | | - | | | | X | | 369.74 |

Sheet no.  62  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5,256.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation
_____,
                                    Debtor

Case No.    09-20170 (JNF)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sprague Energy Corp<br>P.O. Box 414380<br>Boston, MA 02241-4380 | | - | | | X | | Unknown |
| Account No. | | | | | | | |
| SPRINT<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 | | | | | X | | 481.54 |
| Account No. | | | | | | | |
| SSL GLOBAL INC.<br>8450 HICKMAN ROAD SUITE 20A<br>URBANDALE, IA 50325 | | - | | | X | | 32,264.00 |
| Account No. | | | | | | | |
| STANDARDS TESTING LABS<br>P.O. BOX 758<br>MASSILLON, OH 44648 | | - | | | X | | 555.00 |
| Account No. | | | | | | | |
| STAPLES INC.<br>DEPT. 56-0000247140<br>P.O. BOX 689020<br>DES MOINES, IA 50368-9020 | | - | | | X | | 154.53 |

Sheet no. __63__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            33,455.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                      ,      Case No.    09-20170 (JNF)
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| STAPLES ADVANTAGE P.O. BOX 95708 CHICAGO, IL 60694-5708 | - | | | | | X | | 386.87 |
| **Account No.** | | | | | | | | |
| STAPLES BUSINESS ADVANTAGE DEPT. BOS P.O. BOX 415256 BOSTON, MA 02241-5256 | - | | | | | X | | 6,638.89 |
| **Account No.** | | | | | | | | |
| STAPLES CREDIT PLAN P.O. BOX 689020 DES MOINES, IA 50368-9020 | - | | | | | X | | 82.93 |
| **Account No.** | | | | | | | | |
| STATE COMPTROLLER 111 E. 17TH STREET AUSTIN, TX 78774-0100 | - | | | | | X | | 2,292.48 |
| **Account No.** | | | | | | | | |
| STATE COMPTROLLER COMPTROLLER OF PUBLIC ACCOUNTS P.O. BOX 149359 AUSTIN, TX 78714-9359 | - | | | | | X | | 9,149.21 |

Sheet no. __64__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,550.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sterling Investment Partners<br>285 Riverside Ave<br>Suite 300<br>Westport, CT 06830 | | - | | | X | | 10,699,953.00 |
| Account No. | | | | | | | |
| STROUHAL TIRE CENTERS<br>PO BOX 4869<br>DEPT 100<br>HOUSTON, TX 77210-4869 | | - | | | X | | 178.75 |
| Account No. | | | | | | | |
| STULTZ ELECTRIC MOTOR & CONTRO<br>1 MCALISTER FARM ROAD<br>PORTLAND, ME 04103 | | - | | | X | | 750.00 |
| Account No. | | | | | | | |
| SUBURBAN PROPANE<br>P.O. BOX 481<br>HUMMELSTOWN, PA 17036 | | - | | | X | | 1,034.02 |
| Account No. | | | | | | | |
| SUBURBAN PROPANE<br>3105 MONTEREY ROAD<br>SAN JOSE, CA 95111 | | - | | | X | | 83.07 |

Sheet no.  65  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,701,998.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SUNBELT INDUSTRIAL TRUCKS 1617 TERRE COLONY CT. DALLAS, TX 75212 | - | | | | X | | 5,118.06 |
| Account No. | | | | | | | |
| SUNBURST TRUCK LINES  INC. P.O. BOX 3568 HOUSTON, TX 77253 | - | | | | X | | 29,354.00 |
| Account No. | | | | | | | |
| SUPERIOR SMALL ENGINE 15062 E. ARCHER AVENUE LOCKPORT, IL 60441 | - | | | | X | | 544.07 |
| Account No. | | | | | | | |
| SUTONG C.T.R INC. 4849 CRANSWICK RD HOUSTON, TX 77041 | - | | | | X | | 223,605.05 |
| Account No. | | | | | | | |
| T-MOBILE P.O. BOX 742596 CINCINNATI, OH 45274-2596 | - | | | | X | | 11,676.62 |

Sheet no.  66  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        270,297.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| TAPE PRODUCTS COMPANY P.O. BOX 641510 CINCINNATI, OH 45264-1510 | | - | | | | X | | 258.60 |
| Account No. | | | | | | | | |
| TERMINIX PROCESSING CENTER PO BOX 742592 CINCINNATI, OH 45274-2592 | | - | | | | X | | 109.00 |
| Account No. | | | | | | | | |
| TERRY GOODWIN EMPLOYEE BIRMINGHAM BRANCH | | - | | | | X | | 666.86 |
| Account No. | | | | | | | | |
| THE MOER COMPANY  LLC 2158 KINDLEWOOD DRIVE SOUTHAVEN, MS 38671 | | - | | | | X | | 4,028.02 |
| Account No. | | | | | | | | |
| THE PALLET FACTORY  INC. P.O. BOX 181055 MEMPHIS, TN 38181-1055 | | - | | | | X | | 2,210.00 |

Sheet no.  67  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,272.48

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| THOMSON REUTERS TAX & ACCOUNTING R&G P.O. BOX 71687 CHICAGO, IL 60694-1687 | - | | | | X | | 3,078.00 |
| Account No. | | | | | | | |
| Tianjin Hanwei Consolidation Room 1901, City Center C Xikang Road, Heping District Tianjin CHINA | - | | | | X | | Unknown |
| Account No. | | | | | | | |
| TIANJIN UNITED TIRE AND RUBBER THE 3RD FLOOR GATE 4 NANPU BUILDING PUKOU ROAD HEXI DISTRICT TIANJIN CHINA 300203 | - | | | | X | | 1,756,303.70 |
| Account No. | | | | | | | |
| TIME WARNER CABLE OF MAINE PO BOX 1034 BUFFALO, NY 14240-1034 | - | | | | X | | 70.96 |
| Account No. | | | | | | | |
| TLC OFFICE SYSTEMS 3900 NORTH FREEWAY HOUSTON, TX 77022 | - | | | | X | | 261.56 |

Sheet no.  68  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           1,759,714.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| TOP QUALITY CONSTRUCTION 3684 TUNNEL HILL RD. SEVEN VALLEYS, PA 17360 | - | | | | X | | 2,125.00 |
| Account No. | | | | | | | |
| Total Focus Marketing 4096 Western Ave. Western Springs, IL 60558 | - | | | | X | | Unknown |
| Account No. | | | | | | | |
| TOWN OF GORHAM FINANCE OFFICE 75 SOUTH STREET GORHAM, ME 04038 | - | | | | X | | 34,414.76 |
| Account No. | | | | | | | |
| TOYOTA MOTOR CREDIT CORP. P.O. BOX 2431 CAROL STREAM, IL 60132-2431 | - | | | | X | | 484.87 |
| Account No. | | | | | | | |
| TOYOTALIFT OF HOUSTON P.O. BOX 200698 HOUSTON, TX 77216-0698 | - | | | | X | | 1,376.98 |

Sheet no. 69 of 78 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       38,401.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                 Case No.    09-20170 (JNF)
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| TRADE TECHNOLOGIES INC. P.O. BOX 202359 DALLAS, TX 75320-2359 | - | | | | | X | | 450.00 |
| Account No. | | | | | | | | |
| TRANS AMERICAN CHB INC. 10 QUEEN STREET SUITE 302 FORT ERIE ON L2A 6M4 Canada | - | | | | | X | | 10,629.64 |
| Account No. | | | | | | | | |
| TREASURER STATE OF MAINE MAINE REVENUE SERVICES PO BOX 9101 AUGUSTA, ME 04332-9101 | - | | | | | X | | 2,439.08 |
| Account No. | | | | | | | | |
| TRI STATE COFFEE SERVICE PO BOX 592 ROSSVILLE, GA 30741 | - | | | | | X | | 56.21 |
| Account No. | | | | | | | | |
| TRIANGLE TYRE CO LTD NO 56 QINGDAO MIDDLE RD 131 YANAN ROAD 3RD WEIHAI, - 00026-6071 | - | | | | | X | | 45,728.60 |

Sheet no. __70__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      59,303.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    ,    Case No.    09-20170 (JNF)
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| TRICO POLY SYSTEMS LLC 60 BROWN AVENUE SPRINGFIELD, NJ 07081 | - | | | | | X | | 1,396.77 |
| Account No. | | | | | | | | |
| TRUCKPRO-HOUSTON PO BOX 405137 ATLANTA, GA 30384-5137 | - | | | | | X | | 71.02 |
| Account No. | | | | | | | | |
| TURNPIKE TRANSIT INC. P.O. BOX 581750 TULSA, OK 74158-1750 | - | | | | | X | | 3,824.93 |
| Account No. | | | | | | | | |
| TYM-USA INC 1204 SW LAKE ROAD REDMOND, OR 97756 | - | | | | | X | | 570.00 |
| Account No. | | | | | | | | |
| U.S. CUSTOMS AND BORDER PROTECTION 301 E. OCEAN BLVD. STE 620 LONG BEACH, CA 90802 | - | | | | | X | | 13,148.27 |

Sheet no.  71  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,010.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.   09-20170 (JNF)
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>U.S. Customs and Border Protection<br>301 E. Ocean Blvd.<br>Suite 620<br>Chicago, IL 60673-0915 | - | | 12/07 - 08/08<br>Accrued CVD/ADD and L/T Deposit | X | X | X | 5,303,176.00 |
| Account No.<br><br>U.S. MATERIALS HANDLING CORP.<br>P.O. BOX 366<br>UTICA, NY 13503 | - | | | | X | | 984.84 |
| Account No.<br><br>ULINE<br>ATTN: ACCOUNTS RECEIVABLE<br>2200 S. LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 | - | | | | X | | 462.57 |
| Account No.<br><br>UNDERWRITERS LABORATORIES INC<br>PO BOX 75330<br>CHICAGO, IL 60675-5330 | - | | | | X | | 210.00 |
| Account No.<br><br>UNIPRINT<br>21021 VENTURA Bl #103<br>WOODLAND HILLS, CA 91364 | - | | | | X | | 774.00 |

Sheet no. 72 of 78 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    5,305,607.41

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation    Case No.    09-20170 (JNF)
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| UNITED PARCEL SERVICE P.O. BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | | - | | | X | | 2,432.54 |
| Account No. | | | | | | | |
| UNITED STATES PLASTIC CORP 1390 NEUBRECHT ROAD LIMA, OH 45801-3196 | | - | | | X | | 310.05 |
| Account No. | | | | | | | |
| UNITED WELDING SUPPLIES INC PO BOX 15039 HOUSTON, TX 77220 | | - | | | X | | 406.28 |
| Account No. | | | | | | | |
| Unitil P.O. Box 9001848 Louisville, KY 40290-1848 | | - | | | X | | Unknown |
| Account No. | | | | | | | |
| UNIVAR USA INC P.O. BOX 849027 DALLAS, TX 75284-9027 | | - | | | X | | 503.30 |

Sheet no. 73 of 78 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    3,652.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                 Case No.    09-20170 (JNF)
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | | - | | | | X | | 3,170.39 |
| Account No. | | | | | | | | |
| UPS FREIGHT (OVERNITE) 28013 NETWORK PLACE CHICAGO, IL 60673-1280 | | | | | | X | | 511.36 |
| Account No. | | | | | | | | |
| US HEALTHWORKS P.O. BOX 404486 ATLANTA, GA 30384 | | - | | | | X | | 58.00 |
| Account No. | | | | | | | | |
| USF REDDAWAY 26401 NETWORK PLAC CHICAGO, IL 60673-1264 | | - | | | | X | | 64.52 |
| Account No. | | | | | | | | |
| VOGEL VENDING  INC 2-16 NORMAN STREET EVERETT, MA 02149 | | - | | | | X | | 376.25 |

Sheet no.  74  of  78  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,180.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                              ,    Case No.    09-20170 (JNF)
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| VOLUNTEER EXPRESS  INC. P.O. BOX 100886 NASVILLE, TN 37224-0886 | - | | | | | X | | 5,402.29 |
| Account No. | | | | | | | | |
| Warehouse Associates 1345 Campbell Rd. Suite 222 Houston, TX 77055 | - | | | | | X | | Unknown |
| Account No. | | | | | | | | |
| WASTE MANAGEMENT P.O. BOX 660345 DALLAS, TX 75266 | - | | | | | X | | 234.98 |
| Account No. | | | | | | | | |
| WASTE MGMT OF CENTRAL PA P.O. BOX 13648 PHILADELPHIA, PA 19101-3648 | - | | | | | X | | 35.00 |
| Account No. | | | | | | | | |
| WEBEX COMMUNICATIONS INC. PO BOX 4550 POSTAL STN A TORONTO ON Canada M5W 4R7 | - | | | | | X | | 300.00 |

Sheet no. __75__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            5,972.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation
_____,     Case No.   09-20170 (JNF)
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| WELLEY SHIPPING USA INC. 17700 CASTLETON ST. CITY OF INDUSTRY, CA 91748 | - | | | | X | | Unknown |
| Account No. | | | | | | | |
| Western Surety Company 6 Mill Ridge Lane Chester, NJ 07930-2486 | - | | | X | X | | 3,303,176.00 |
| Account No. | | | | | | | |
| WHEELABRATOR PO BOX 73987 CHICAGO, IL 60673-7987 | - | | | | X | | 746.35 |
| Account No. | | | | | | | |
| WHEELS NOW N 29 W 22885 MARJEAN LANE WAUKESHA, WI 53186-1015 | - | | | | X | | 251.00 |
| Account No. | | | | | | | |
| WILSON FIRE EQUIPMENT & SRVC C 7303 EMPIRE CENTRAL DRIVE HOUSTON, TX 77040-3214 | - | | | | X | | 254.74 |

Sheet no.  76  of  78  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,304,428.09

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GPX International Tire Corporation                                    Case No.    09-20170 (JNF)
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| WINDWARD PETROLEUM PO BOX 31310 HARTFORD, CT 06150-1310 | - | | | | X | | 967.89 |
| Account No. | | | | | | | |
| XEROX CORPORATION P.O. BOX 827598 PHILADELPHIA, PA 19182-7598 | | | | | X | | 1,068.88 |
| Account No. | | | | | | | |
| XPEDX P.O. BOX 31001-1382 PASADENA, CA 91110-1382 | - | | | | X | | 4,010.50 |
| Account No. | | | | | | | |
| Yellow Freight System PO Box 13 Newark, NJ 07188 | - | | | | X | | Unknown |
| Account No. | | | | | | | |
| YOWZA SPRING WATER P.O. BOX 946 YORK, PA 17405-0946 | - | | | | X | | 181.50 |

Sheet no. __77__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,228.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   GPX International Tire Corporation
_____,          Case No.   09-20170 (JNF)
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>YRC (RDWY)<br>P.O. BOX 93151<br>CHICAGO, IL 60673-3151 | | - | | | | X | | 1,839.48 |
| **Account No.**<br><br> | | | | | | | | |
| **Account No.**<br><br> | | | | | | | | |
| **Account No.**<br><br> | | | | | | | | |
| **Account No.**<br><br> | | | | | | | | |

Sheet no. __78__ of __78__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 1,839.48 |
| Total<br>(Report on Summary of Schedules) | 74,462,124.99 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy