# United States Bankruptcy Court
## District of Massachusetts

In re    GPX International Tire Corporation                                    Case No.  09-20170 (JNF)
_____,
                                        Debtor                                  Chapter                11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bryan Ganz<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 13.22% | equity interest |
| Bryan S. Ganz, as Trustee of the David G<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 0.53% | equity interest |
| Bryan S. Ganz, as Trustee of the David G<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 0.53% | equity interest |
| Bryan S. Ganz, as Trustee of the David G<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 0.53% | equity interest |
| Bryan S. Ganz, Voting Trustee of the Dav<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 2.40% | equity interest |
| Domenic Mazzola<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 0.72% | equity interest |
| Ganz Family Associates Limited Partnersh<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 10.35% | equity interest |
| Mary Ellen Mazzola<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 0.44% | equity interest |
| Neil L. Ganz and Frances Ganz, as Truste<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 11.89% | equity interest |

___1___ continuation sheets attached to List of Equity Security Holders

In re  GPX International Tire Corporation                                  Case No. 09-20170 (JNF)
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Neil L. Ganz, as Trustee of the David Ga<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 0.42% | equity interest |
| Neil L. Ganz, as Trustee of the David Ga<br>c/o GPX International Tire Corporation<br>730 Eastern Avenue<br>Malden, MA 02148 | | 0.42% | equity interest |
| Peter Koszo Ontario in SV-6<br>155 Delta Park Boulevard<br>Brampton Ontario L6T 5M8 Canada | | 9.65% | equity interest |
| Robert G. Sherkin, Trustee of the Voting<br>155 Delta Park Blvd<br>Brampton, ON  L6T 5M8 | | 7.33% | equity interest |
| Robert Sherkin Ontario in SV-4<br>155 Delta Park Boulevard<br>Brampton Ontario L6T 5M8 Canada | | 25.25% | equity interest |
| Sterling Investment Partners, LP<br>285 Riverside Avenue<br>Suite 300<br>Westport, CT 06880-4806 | | 16.32% | equity interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    November 13, 2009                       Signature  /s/ Jeffrey Lucas
                                                Jeffrey Lucas
                                                Chief Financial Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet  1  of  1  continuation sheets attached to the List of Equity Security Holders